```
                    UNITED STATES BANKRUPTCY COURT
                              FOR THE
                    EASTERN DISTRICT OF KENTUCKY
                         FRANKFORT DIVISION

IN RE:                              CHAPTER 7
     Marian F. Ray                  BANKRUPTCY NO. 11-30296-JMS
     Debtor
```

**APPEARANCE**

\* \* \* \* \* \*

Comes now Justin L. Handshoe of MAPOTHER & MAPOTHER, P.S.C., and enters an appearance on behalf of the Creditor herein, Ford Motor Credit Company LLC, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

```
                         MAPOTHER & MAPOTHER, P.S.C.


                    BY   /s/ Justin L. Handshoe
                         Justin L. Handshoe
                         Counsel for Creditor
                         Mapother & Mapother, P.S.C.
                         815 West Market Street
                         Suite 500
                         Louisville, KY  40202
                         (502)638-4961
```

Y7C ()/11-01483-0

**CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, Joshua E Clubb, Attorney at Law, PO Box 629, New Castle, KY  40050, debtor, Marian F. Ray, 193 Sunny Meadows Lane, Eminence, Kentucky  40019, and to the Trustee, Stephen Palmer, 271 W. Short Street #804, Lexington, KY 40507-1217.

                          MAPOTHER & MAPOTHER, P.S.C.


                    BY:   /s/ Justin L. Handshoe
                          Justin L. Handshoe
                          Counsel for Creditor

Y7C ()/11-01483-0